440 A.2d 1251

Sgro, Appellants v. Rosenbaum, M. D.

Sgro, Appellants v. Tehrani, M. D.

* Judge Vincent A. Cirillo of the Court of Common Pleas, of Montgomery County, Pennsylvania, is sitting by designation.

626

Argued December 5, 1978. Frank Carano, for appellants; James Lewis Griffith, for appellees.

Before CERCONE, P. J., and HESTER and HOFFMAN, JJ.

Affirmed.